UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ABDARAHMANE WONE, et al.,

                Plaintiffs,

    -against-                                   07 Civ. 4007 (LAK)

MAAOUYA OULD SIDI AHMED TAYA,

                Defendant.
------------------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

      At a pretrial conference on October 4, 2007, plaintiffs' counsel, Mr. O'Brien, agreed to effect service within six months. No proof of service having been filed, the action is dismissed without prejudice for lack of prosecution.

      SO ORDERED.

Dated:     April 8, 2008

                                                        Lewis A. Kaplan
                                              United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/08